427 A.2d 1228

Commonwealth v. Newkirk, Appellant.

Submitted September 13, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Judgment of sentence affirmed.

PRICE, J., noted his dissent.